AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>CHARLESTON FALLON<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

     2:26-MJ-213

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 2024-Current _____ in the county of _____ Lake _____ in the _____ Northern _____ District of _____ Indiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(b) & (c) | Transmission of Threats in Interstate or Foreign Commerce. |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor. |
| 18 U.S.C. § 2251(e) | Attempted Sexual Exploitation of Children. |

This criminal complaint is based on these facts:

See Affidavit of Taylor Pletz,  Special Agent, Federal Bureau of Investigation (FBI)

☑ Continued on the attached sheet.

*Taylor Pletz*
_____
*Complainant's signature*

Taylor Pletz, SA, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 07/27/2026 _____

s/John E. Martin
_____
*Judge's signature*

City and state: _____ Hammond, IN _____

Hon. John  E. Martin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Special Agent Taylor Pletz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2024. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a). I am currently assigned to the FBI Indianapolis ("FBI-Indianapolis") Joint Terrorism Task Force ("JTTF"). In my duties as a Special Agent, I have participated in criminal investigations relating to domestic terrorism. In my current position, I utilize my law enforcement training and have experience conducting physical surveillance, conducting interviews and interrogations, participating in the execution of search warrants, requesting grand jury subpoenas, participating in arrest operations, requesting records and documents, and utilizing confidential human sources. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, and investigation of violations of federal criminal laws.

2.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 875(b) and (c) (Transmission of Threats in Interstate or Foreign Commerce), 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), and 18 U.S.C. § 2251(e) (Attempted Sexual Exploitation of Children) ("TARGET OFFENSES") have been committed by Charleston FALLON.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Nihilistic Violent Extremists**

4.      Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.[1]

5.      NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of Child Sexual Abuse Material (CSAM) and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

6.      Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the NVE network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

7.      Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims mutilate themselves or do violence, or threaten violence, to others and either film or photograph

---

[1] NVEs adhere to an ideology herein defined as Nihilistic Violent Extremism (NVE).

such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

8.      NVEs networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

### 764 and related networks

9.      "764" and related groups ("764") are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

### Person to be arrested

10.     I seek to arrest and criminally complaint Charleston FALLON (DOB: 02/XX/2007) for violations of 18 U.S.C. § 875(b) and (c) (Transmission of Threats in Interstate or Foreign Commerce), 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), and 18 U.S.C. § 2251(e) (Attempted Sexual Exploitation of Children) ("TARGET OFFENSES").

**PROBABLE CAUSE**

11.    FBI has been investigating Charleston FALLON (hereinafter FALLON) for suspicion of engaging in the TARGET OFFENSES. Through the use of covert online employees (OCE), in November 2024, FBI's investigation revealed that an individual operating an online moniker "CARE" (hereinafter CARE) was linked to the 764 group and actively participates in 764 group chats on at least two different encrypted messaging applications. As explained in further detail below, between November 2024 and April 2026, the FBI was investigating A.W. (FALLON's older brother) on suspicion that A.W. was the individual identified as CARE and was engaged in the criminal activity described herein. As a result of information obtained during this investigation, and as described further below, in April 2026, FBI received information indicating that there is probable cause to believe that FALLON, and not A.W., is involved in the conduct underlying the TARGET OFFENSES and is, in fact, CARE. OCE reporting and other open-source reporting also revealed that CARE utilizes the online monikers "care764" and "careNLM"[2] and is often referred to as "care" on these encrypted messaging applications.

12.    On December 23, 2024, an account on an encrypted messaging application was identified for "Care764" with the associated user ID (UID) 7385777436, @cagedher/@unholyish/@manhaunt (hereinafter "Care-1 Account").

13.    Two other Discord accounts were also identified as being associated with CARE: UID 527726164039696397, @cagedherheart (hereinafter "Care-2 Account") as well as UID 875055012647170098, @larpcatcher (hereinafter "Care-3 Account").

---

[2] "NLM" is an abbreviation for "No Lives Matter", a related NVE group to 764. On or about June 25, 2024, members of the 764 Inferno Enterprise posted a digital guide labeled the "NLM Terror Guide" on the communications platform used by the Enterprise.  The Terror Guide included exhortations to commit acts of terror including bombings, instructions on how to construct and place bombs, instructions on how to create toxins including Ricin, and instructions on how to conduct a manhunt and stabbings.

14.     On November 14, 2024, an OCE reported "Care" (using the Care-1 Account) was in the "764 X SLITTTOWN" chat on an encrypted messaging application. "Care" stated they were getting someone to carve their moniker into a victim's thigh. "Care" also posted apparent blood signs[3] made by their victim.

15.     On November 19, 2024, an OCE reported user "Care764" posted images and a video of a blood sign on an encrypted messaging application and then commented they "had 2 sluts doing content for me" in a channel on the encrypted messaging application named "Slittown~764 inferno."

16.     In January of 2025, through grand jury subpoena compliance, the FBI received information from Discord about the Care-2 Account. The e-mail associated with the Care-2 Account was braydensmith7644444444@gmail.com, and the phone number associated with the account was +#######6843. The username for the Care-2 Account ("cagedherheart") is also very similar to the "cagedher" username associated with the Care-1 account.

17.     Similarly, in January of 2025, through grand jury subpoena compliance, the FBI received information from Discord about the Care-3 Account. The email address associated with the Care-3 Account was charlestonfallon584@gmail.com. The username for the Care-3 Account ("cagedherfeelings") is also very similar to the Care-1 Account username ("cagedher") and the Care-2 Account username ("cagedherheart").

18.     In April of 2025, I served a federal grand jury subpoena to T-Mobile requesting account subscriber information for the ###-###-6843 telephone number associated with the Care-2 Account. After service, it was determined that T-Mobile maintained the call logs for the phone number, but not the subscriber details, and that Dish Network maintained the subscriber details.

---

[3] A victim creates a blood sign by writing a perpetrator's online moniker name by using the victim's blood.

19.     Subsequently, in May of 2025, I served a federal grand jury subpoena to Dish Network requesting account subscriber information for the ###-###-6843 telephone number. The associated subscriber information for telephone number ###-###-6843 returned to A.W.'s name, email address WELCHA691@GMAIL.COM, with three subscriber and billing addresses, all of which are located in Gary, Indiana. One of the associated addresses is the prior residence in the Northern District of Indiana where A.W. was living at the time. Results from grand jury subpoena compliance showed that the IMEI for the Android device information is 356424981104757. Based on familial information, I know that A.W. is FALLON's older brother.

20.     On September 17, 2025, I received a Discord related National Center for Missing and Exploited Children ("NCMEC") report from the, Indiana State Police, Special Investigations, Internet Crimes Against Children Unit. The incident date of the report was November 2024. The NCMEC report is comprised of one subject and one child victim. The subject's phone number is the same ###-###-6843 that returned to A.W. (hereinafter "A.W.'s 6843 phone number"), and the subject's Discord information was the Care-2 Account—identifiers that are all associated with CARE. During the conversation, the minor female (MV1) informed CARE that she is under the age of 15. CARE told the minor victim "either cut or nudes". In my law enforcement training and experience, I know that this request from CARE was a request to receive CSAM, or in the alternative, a request to entice the minor to engage in self-harming behavior. CARE also asked the minor to "cut care764 deep". In my law enforcement training and experience, and as described above, I know that CARE's moniker is "care764" and that this was a request for the minor to cut his moniker into her body. Based on the terminology utilized by members of 764, this request was for the minor to create a "fan sign" for CARE. Below is a transcription of some of these messages:

CARE: do you know what 764 is

6

MV1: is we starting another trend

CARE: been started

CARE: years back

CARE: do you know what 764 is

MV1: no clue pooka

MV1: Okay I fw it

MV1: keeping tha ppl entertained

CARE: ok

CARE: 764 is a satanic cult

MV1: o

MV1: welp

CARE: online extortion group that i'm in right now

MV1: I'm going to hell anyways if god real

MV1: cuz I'm gay as shit

CARE: right

MV1: at least you didn't ask for nudes cuz that's what I thought u was gon do

CARE: send

CARE: some

CARE: rn

MV1: oh!

CARE: nice reminder

MV1: IM 13

CARE: send

7

CARE: ok

MV1: whadfafuck

CARE: send

CARE: either cut or nudes

CARE: choose

MV1: Okay pooka satanic ritual I'll do but no nudes I'm a minor - !!

CARE: yr route

CARE: ok good

CARE: cut care764 deep

CARE: now

MV1: Wait so happens if I don't

CARE: osint

CARE: swat

MV1: do u know where I live

CARE: i can find out

CARE: trust

MV1: oh

MV1: UH

CARE: ive been doing hacks all of my life

MV1: anyways so what's gonna happen to me if I cut

CARE: since i was 13

CARE: bleed

The conversation continues and later in the conversation:

> MV1: is it spiritually connected to smth
>
> CARE: a special thing for me
>
> CARE: yes
>
> MV1: o
>
> CARE: so do it
>
> CARE: cut care764

MV1 was identified and a Child and Adolescent Forensic Interview was conducted with MV1 in November 2025. MV1 confirmed that the individual she communicated with—whom law enforcement now believes to be FALLON, based on training and experience and knowledge of this investigation—had threatened to SWAT[4] her.

21.    On September 18, 2025, I received another Discord NCMEC report from the Indiana State Police, Special Investigations, Internet Crimes Against Children Unit. The NCMEC report made reference to one subject, one child victim, and thirteen intended recipients. The report noted that intended Recipient 10 was referred to as "careNLM" and "care764". When referring to Recipient 10 in the report, the Gmail account being utilized was falloncharleston05@gmail.com, with the Discord screen/username being give_me_cocaine_3829eshaisbsiaao and associated User ID 1403926165571244234. The report indicated that intended Recipient 10 was alleged to have enticed an unknown possible female child victim to engage in self-harm and animal abuse behaviors, and stated, "made her kill her pets." The email address contained in the report (falloncharleston05@gmail.com) is very similar to the previously identified email address (charlestonfallon584@gmail.com) associated with the Care-3 Account. These also include

---

[4] To swat someone is to make or file a false police tip or report that is anticipated to require the response of a SWAT team or heavy law enforcement presence.

FALLON's identifiers. While I now know these identifiers belong to FALLON, the information I had received on September 17, 2025 (from the first NCMEC report I received), identified A.W.'s ###-###-6843 phone number as an identifier for the subject of that report. Based on law enforcement training and experience, I know that NVE actors often utilize accounts not in true name, or in the name of others in order to hide their true identities. In my training and experience, I also know that email addresses are easy to create, and that a person can create many email addresses using fake names and identifiers. In my law enforcement training and experience, I am also aware that telephone numbers, especially those connected to large service providers like T-Mobile or DISH Network (as opposed to short-term purchase telephone numbers), are not something that individuals change as rapidly or as easily as an email address. Because of this, at the time, law enforcement had reason to believe that A.W. was utilizing a real phone number but short-term email addresses to engage in the conduct described in this affidavit. NVEs often use short-term email addresses to create Discord accounts and hide their true identities.

22. Historically, and throughout the course of this investigation, A.W. and FALLON have lived with another family member, M.S., in the Northern District of Indiana. On April 15, 2026, a residential search warrant was executed on A.W.'s residence (where he lived with M.S.) and A.W.'s electronic devices (2:26-MJ-79), and a Criminal Complaint (2:26-mj-80) and accompanying arrest warrant were issued for A.W.

23. As a result of the search warrant executed on April 15, 2026, A.W.'s 6843 cellular telephone was seized. A review of A.W.'s 6843 cellular telephone revealed no connection to NVE ideology or affiliated groups. Law enforcement also interviewed A.W. The information stated below is intended to be only a summary of A.W.'s interview and is not a verbatim recitation of the information he provided to interviewing agents.

10

24.    During the custodial interview of A.W. on April 15, 2026, A.W. stated that he never received a notification to his phone from Discord. A.W. stated that he has never had a Discord account, and that he has never been on Discord. A.W. stated that FALLON received pictures of people who are dead, and that recently, M.S. had been receiving email notifications from Discord.

25.    M.S. was also interviewed subsequent to the residential search warrant on April 15, 2026. The information stated below is intended to be only a summary of M.S.'s interview and not a verbatim recitation of the information she provided to interviewing agents. During that interview, M.S. stated that when FALLON was a juvenile, she noticed a change regarding his mental health status. On his phone, she discovered content pertaining to death. On Discord, he began interacting with people who were cutting themselves. M.S. took FALLON's phone and saw a photo of a young girl who had cut herself. M.S. told FALLON to not encourage people to harm themselves. M.S. stated that A.W. advised FALLON to stay off of Discord, but M.S. knows that FALLON has many different pages online. M.S. has never seen A.W. involved in anything related to Discord.

26.    M.S. also disclosed that FALLON had written numerous words and symbols on the back of their neighbor's house. One of the symbols was a star inside of a circle. The homeowner filed a police report about this incident on June 8, 2024. The homeowner did not know who conducted the vandalism, but M.S. indicated in the interview to FBI Special Agents subsequent to the residential search warrant that it was FALLON. The police report states that the following was painted on the back of the house: "SlitTown cage SlitTown Disrupt murder NSK SlitTown XX S1N Axx Beatens Nggers Disrupt NLM Muer NLM 764." As a result of this disclosure, and with consent from the homeowner, FBI Special Agents went to the residence where FALLON wrote on the back of the house and took a photo of the image below:

11



27.    Based on my training and experience, I know the words, symbols and letters written on the house to be affiliated with NVEs and groups like 764. I know "Disrupt" to be an additional username that CARE has utilized on Discord.

28.    As a result of his behavioral issues, M.S. had FALLON previously enrolled in Job Corp and then a military academy. After FALLON finished his time at the military academy, he moved to the Southern District of Indiana and began living with a mentor he met from the military academy. M.S. stated that FALLON has posed as other people online, to include posing as A.W. M.S. stated that FALLON will use someone else's email, to include M.S.'s email, and he has acted like he is A.W. at times when online. M.S. recalls that in an online conversation, she remembers Fallon saying his name is "Dre" and that he is in his twenties, lying about his age. M.S. recalls FALLON using the name "Brayden" or "Brandon" online. M.S. has observed messages where FALLON is pretending to be someone else. M.S. indicated that she was receiving Discord email

12

updates since FALLON had moved out of the house. The updates indicated that FALLON is still actively on Discord and accessing new accounts. Some of the emails showed that FALLON was removing the 6843 telephone number (A.W.'s telephone number) from a Discord account and adding it to another one. A.W. also disclosed to Special Agents that FALLON did have a journal where A.W. recalls seeing 764 and a satanic star in it. I also asked A.W. if he recognized the Discord username  "give_me_cocaine_3829eshaisbsiaao" (referenced in the second NCMEC report above). A.W. did not recognize that username, however, he disclosed that FALLON had an account on their PS5 called " Stop Doing Coke."

29.    The Criminal Complaint against A.W. was thereafter dismissed, and the arrest warrant against A.W. was recalled.

30.    On June 29, 2026, I spoke with M.S. and she informed me that FALLON was back with her in Northwest Indiana, in the Northern District of Indiana. M.S. had previously indicated to me that FALLON was living with an adult mentor that he met while at the military academy. FALLON's mentor had suffered an injury, and because of this injury, M.S. let me know that the mentor and his wife asked for FALLON to temporarily reside with M.S. again until FALLON's mentor healed from his injury. Based on a telephonic interview I had with the mentor and his wife on July 5, 2026, I learned that FALLON had been back in Northwest Indiana since approximately June 21, 2026.

31.    On July 1, 2026, the Honorable Abizer Zanzi found probable cause for the issuance of a search warrant (2:26-MJ-197) for M.S.'s residence (where FALLON was residing), FALLON's electronic devices, and other items relevant to the investigation and associated with FALLON.

13

32.     During the execution of the warrant on July 2, 2026, FALLON was interviewed by myself and another FBI Special Agent. The information stated below is intended to be only a summary of FALLON's interview and not a verbatim recitation of the information provided to interviewing agents.

33.     FALLON got on Telegram in 2023. Prior to that, he was on Discord and was associated to people in 764 but did not really know what it was. Once he got on Telegram, he became more involved after he got interested in it.

34.     FALLON met someone on Discord who was already in 764, and that is how he became introduced to the group. FALLON acknowledged that he himself was popular in the 764 realm and that he was good at hiding who he truly was online. He would use fake phone numbers, and he used his brother's cellular telephone number (A.W.'s 6843 phone number). FALLON knew that A.W. was doxxed on Doxbin.com by an anti-extortion group because of this. FALLON stated that he was known online as "Care" and "Disrupt."

35.     Fallon created his identity as "Care" online in 2023. "Disrupt" was his online identity prior to "Care." FALLON stopped participating in the 764 server online, but he still participated in the Extortion Com online network, which has a lot of overlap with 764 members, techniques and tactics. FALLON talked to a lot of people online.

36.     In September of 2025, in response to a Court-authorized search warrant (2:25-MJ-175), Discord provided the content of the give_me_cocaine_3829eshaisbsiaao account (referenced in the second NCMEC report above). During the July 2, 2026 non-custodial interview with FALLON at the residence, agents discussed some of the content that was obtained from the give_me_cocaine_3829eshaisbsiaao Discord account (hereinafter "Care-4 Account"). All content provided indicated the Care-4 Account was created in August 2025. Content provided was for the

period of August 2025 to September 2025. FALLON was eighteen years old in August 2025 and September 2025.

37.    On August 12, 2025, CARE participated in a direct message exchange on the Care-4 Account with a self-identified minor female (MV3). The following is a transcription of some of their interaction:

10:04 pm (UTC-5) MV3: Do I know you?

10:06 pm (UTC-5) CARE: no

10:06 pm (UTC-5) CARE: but we can get to know each other

10:06 pm (UTC-5) MV3: How did you add me.

10:06 pm (UTC-5) CARE: server

10:06 pm (UTC-5) MV3: What server.

10:06 pm (UTC-5) CARE: /depressed

10:06 pm (UTC-5) MV3: You just add everyone in there ?

10:07 pm (UTC-5) CARE: yes

10:07 pm (UTC-5) CARE: are you female?

10:07 pm (UTC-5) MV3: Yh

10:07 pm (UTC-5) MV3: Why?

10:07 pm (UTC-5) CARE: how old are u

10:07 pm (UTC-5) MV3: We Literally just met  ?

10:08 pm (UTC-5) MV3: I rlly don't feel comfortable, not unless you share your age.

10:08 pm (UTC-5) CARE: i'm 18

10:08 pm (UTC-5) MV3: Okay im 16.

10:09 pm (UTC-5) CARE: hru

15

The conversation continues, and later in the conversation, after CARE is aware of MV3's age:

10:35 pm (UTC-5) MV3: I look like idgaf

10:35 pm (UTC-5) CARE: i would fuck u

10:35 pm (UTC-5) MV3: What.

10:35 pm (UTC-5) CARE: i would fuck u

10:35 pm (UTC-5) MV3: I'm only 16 but like.

10:35 pm (UTC-5) CARE: let me see your cunny

10:36 pm (UTC-5) CARE: momma

10:36 pm (UTC-5) MV3: Hey thats not..!

10:37 pm (UTC-5) CARE: let me see. It

The conversation continues, and later in the conversation CARE states:

10:38 pm (UTC-5) CARE: ignore me again i will rape u

10:38 pm (UTC-5) MV3: OK CHILL

10:39 pm (UTC-5) CARE: and cum in your tight pussy

The conversation continues, and later in the conversation CARE states:

10:41 pm (UTC-5) CARE: you're the type i tie in a basement and fuck you until you creampie

38.    During the interview with FALLON, he recognized the August 12, 2025 conversation with MV3. In that conversation, FALLON stated that he was eighteen years old, and the minor female stated that she was sixteen years old. FALLON admitted that he was aware the minor female was under the age of eighteen. FALLON stated that when he wrote in the conversation to MV3 "let me see your cunny" that "cunny" means vagina. FALLON

16

acknowledged that when he wrote "ignore me again I will rape you" it could be perceived as a threat by the recipient of that message.

39.    Content from the Care-4 Account also showed that, on August 12, 2025, CARE participated in a direct message exchange with MV3 and another unidentified female (UF). During the conversation, CARE doubts that UF is a female, and CARE states the following:

10:45 pm (UTC-5) CARE: are yall testing my patience here

10:45 pm (UTC-5) MV3: Hey thats not..

10:45 pm (UTC-5) UF: im a girl

10:45 pm (UTC-5) CARE: send a voice message

10:45 pm (UTC-5) UF: cant

10:45 pm (UTC-5) MV3: Shes a girl tho

10:45 pm (UTC-5) MV3: How can I prove it  ?

10:45 pm (UTC-5) CARE: no it's not

10:45 pm (UTC-5) CARE: sending her pussy

10:45 pm (UTC-5) UF: oh damn

10:45 pm (UTC-5) MV3: So like.

10:46 pm (UTC-5) CARE: send your pussy

The conversation continues. At 10:46 pm (UTC-5), CARE sends a video of an unidentified female vagina wearing black underwear with white lace on the sides, pushed the underwear to the side, and is masturbating. After that video, CARE states:

10:46 pm (UTC-5) CARE: send this pussy

40.    The conversation continues. CARE proceeds to send three images at 10:47 pm (UTC-5). The first image is of female breasts, wearing a black bra covering the breasts, with a grey shirt pulled up to show the breasts and bra. The second image is of a female's vagina wearing

17

white underwear that has multi-colored small flowers. The underwear is pushed to the side to show

the vagina. The third image shared by CARE is of a white female with black hair and blue accents

in her hair. Her chest is the visible view of the image. She is not wearing clothing and is covering

her breasts with her arm and hand.

41.    After sending those images, CARE continues the conversation:

10:48 pm (UTC-5) CARE: send boobs

10:48 pm (UTC-5) UF: im a girl why cant u believe me

10:48 pm (UTC-5) CARE: send boobs

10:48 pm (UTC-5) CARE: i will kill u

10:48 pm (UTC-5) MV3: There's other ways to prove that.

10:48 pm (UTC-5) UF: im not sending u pics

At 10:48 pm (UTC-5), CARE then sends two attachments. After sending the attachments, the

conversation continues:

10:48 pm (UTC-5) CARE: make me content

10:49 pm (UTC-5) CARE: pussy

10:49 pm (UTC-5) MV3: What even is this.

10:49 pm (UTC-5) UF: no…..,,

10:49 pm (UTC-5) CARE: extortion

10:49 pm (UTC-5) CARE: send oussy

10:49 pm (UTC-5) CARE: or

10:49 pm (UTC-5) CARE: cut

10:49 pm (UTC-5) CARE: chose

10:49 pm (UTC-5) UF: cut what

18

10:49 pm (UTC-5) MV3: Onions ?

10:49 pm (UTC-5) CARE: cut your

10:49 pm (UTC-5) CARE: pussy

10:49 pm (UTC-5) CARE: off

10:49 pm (UTC-5) CARE: send

10:50 pm (UTC-5) CARE: pic

10:50 pm (UTC-5) UF: no..?

10:50 pm (UTC-5) CARE: cut your arm off

10:50 pm (UTC-5) MV3: ._.

10:50 pm (UTC-5) MV3: So You're like.

10:50 pm (UTC-5) MV3: One of those people.

10:50 pm (UTC-5) UF: youre not serious are you

10:50 pm (UTC-5) CARE: i am

10:50 pm (UTC-5) MV3: I'm pretty sure this is a cult.

10:50 pm (UTC-5) CARE: NLM

10:51 pm (UTC-5) CARE: 764

10:51 pm (UTC-5) MV3: I think he's apart of a cult..

10:51 pm (UTC-5) CARE: is a cult

10:51 pm (UTC-5) MV3: I've seen you before.

10:51 pm (UTC-5) CARE: no lives matter

10:51 pm (UTC-5) MV3: You've done some crazy shi.

10:51 pm (UTC-5) CARE: where have u seen me

10:51 pm (UTC-5) CARE: do h guys got tele

10:52 pm (UTC-5) UF: im not doing anything 4 u

10:52 pm (UTC-5) CARE: stfup

10:52 pm (UTC-5) CARE: do

10:52 pm (UTC-5) CARE: u gyus got tele

The conversation continues, and ends on August 12, 2025 at 11:13 pm (UTC-5).

42. During the interview with FALLON, FALLON stated that he did not recognize the August 12, 2025 conversation he had with MV3 and UF. When asked if he remembered sending indecent images to MV3 and UF, FALLON replied, "Probably." When asked if FALLON had sent inappropriate photos of others to people, he admitted that he had. FALLON had sent graphics of penises that he found on Twitter. FALLON has received pictures of vaginas of females, and FALLON acknowledged that he received images of vaginas of girls under the age of eighteen after he himself had turned eighteen. FALLON stated that the youngest female he received an indecent image of was thirteen years old and that he likely received that image while he was eighteen years old. He believes he received the image on his Discord account with the "Luprey" username.

43. FALLON was asked specifically about the statement "send this pussy" that he sent to MV3 and UF in the August 12, 2025 messages. I then asked FALLON if he received an indecent image from either MV3 or UF. FALLON said that he did receive one. I asked him which female sent the photo and FALLON stated "probably the one I remember." As noted previously, FALLON recognized the one conversation he had with MV3 on August 12, 2025, but did not recognize the conversation he had with both MV3 and UF on August 12, 2025. Based on this, I believe that FALLON was referring to MV3 as being the girl he received the image from who self-identified as being sixteen years old.

20

44. FALLON admitted that he received inappropriate pictures of girls after he turned eighteen, and he knew that they were under the age of eighteen. He admitted that this even occurred after he graduated from the military academy.

45. During the interview with FALLON, he stated that he has multiple Discord accounts that would get banned. FALLON participated in the "H3LL" Discord and Telegram group, which was an extortion group. Participating in this group is what led to FALLON's accounts getting banned.

46. The following usernames were identified by FALLON as being used by him:

   a. "Unholyish" – Telegram. . FALLON stated that he was a part of No Lives Matter / NLM when he used this username.

   b. "CareNLM" – used by Fallon as a display name.

   c. "Care764" – used by FALLON as a display name.

   d. "Cagedherfeelings" – used by FALLON as a username.

   e. give_me_cocaine_3829eshaisbsiaao – FALLON recalled the "give me cocaine" portion but not the rest.

47. FALLON also admitted that he would use the name "Brayden" online. The name, Brayden Lichtley was a name FALLON used online, and it was inspired by the name of one of his friends.

48. FALLON admitted that he had a lot of people online, likely more than twenty, who cut themselves for him.

49. The Care-4 Discord account also contained a photo of a self-harm style fan sign. The photo depicts an unknown victim with "CARE" clearly carved into their thigh. The unknown victim appears to be a Caucasian individual, likely seated in front of a black computer keyboard

21

that lights up in various colors. The unknown victim is holding an unlined notebook, opened to a page with black writing that states:

"I am interested in you, I would like to communicate with you. You're so cute!! I hope my boyfriend doesn't find out about you, otherwise he'll make me block you

Although I just want you to be just my friend

you are pleasant to talk to and PLEASE be my friend

sincerely to –

CARE764

A black star is also drawn on the paper, and a small heart is under the word "sincerely."

50.     This same letter is depicted in another photo with what appears to be blood dripped all over the bottom half of the paper, with a Rapira Platinum Lux razor blade laying next to the word "Sincerely."

51.     During the interview, the above-referenced letter was shown to FALLON. FALLON recognized it, and stated it was a Russian female, likely above the age of eighteen, who created the letter and also carved her thigh for him. She also created a fan sign for him in blood on the floor. She cut "CARE" onto her thigh. FALLON knew that she already was a person who self-harmed. If she would not self-harm for him, then FALLON admitted that he would threaten her via extortion. FALLON knew the female's telephone number that she used to create her Telegram account, and he would use that against her. FALLON believes he met her when he was seventeen years old and that he communicated with her online for a while.

52.     FALLON stated that "Care" was his biggest name on Telegram and Discord.

53.     During the interview, FALLON was also shown an image that depicted a fan sign written in what appears to be blood on the wall saying "764 IS GOD CARE" with a star in a circle

22

(pentagram) next to the word "CARE". FALLON acknowledged that this was conducted by a young female on his behalf. FALLON stated this was in the year 2024 and it was "a kid."

54.     During the interview, FALLON was also shown fan sign where "CARE" was written on a small piece of paper in blue ink and placed in the eye of the person in the photo while the person is pulling their bottom lid down. FALLON admitted that he told the female in the photo to do this. FALLON and another online user had information on the female in the photo that they were able to extort her with. FALLON stated that this took place in 2024. FALLON does not know how old she is, but he believes that she is under the age of eighteen. FALLON admitted eyeball style fan signs were the ones he liked, and he had a lot of those created for him.

55.     During the interview, FALLON was also shown a screenshot of a video. The screenshot includes a large bird, a hand, a knife and a piece of paper that says "CARE" on it. FALLON recognized the image and stated that it was the same female as the female who created the eyeball style fan sign (referenced above). He stated that the bird is a turkey and that the female killed the turkey. FALLON extorted her into killing turkeys. As stated above, FALLON and another online user had information on the female that they were able to extort her with, resulting in her killing animals for FALLON and the other online user. FALLON stated the other online user made her kill her cat.

56.     Content from the Care-4 Account also revealed that CARE sent the aforementioned eyeball fan sign to the minor victim who was referenced in one of the NCMEC reports I reviewed (as mentioned above). This minor female will be referred to as minor victim 2 (MV2).   In reviewing the content for the Care-4 Account, on August 10, 2025, CARE shared a black and white video containing the eyeball fan sign as well as the colored image of the eyeball fan sign. After CARE sent the image to MV2, CARE stated, "made her kill her pets aswell." In this same message

thread, CARE stated, "i'm careNLM/care764 been around quite sometime, i've heard of a sav." In addition to the photos, CARE sent a message to MV2 on August 23, 2025 at 12:23 am (UTC-5) that said, "ah how long I had this slut was insane." In the same messaging thread, CARE sent a black and white video to MV2 of the stabbing of the turkey (referenced above). An additional video was shared with MV2, which appears to be the same bird, where the unknown individual is patting, tapping and hitting the turkey. No movement is coming from the turkey, indicating the turkey is deceased.

57.    FALLON admitted that he asked multiple people online to kill animals for him. He mainly asked for cats to be killed and extorted people into killing animals. FALLON would threaten to swat someone in order to get them to kill an animal. FALLON admitted to swatting a female one time because "she did not listen." She would not cut herself for FALLON and another individual, and because of this, FALLON swatted her. FALLON also admitted to doxxing people.

58.    FALLON admitted that he had previously used his mother's email address for one of his Discord accounts. The following were other email addresses that FALLON admitted to using for Discord accounts:

   a.   smithlola371@gmail.com

   b.   charlestonfallon@gmail.com

   c.   braydensmith7644444444@gmail.com

   d.   chanangeloy4@gmail.com

   e.   charlestonfallon07@gmail.com

   f.   charlestonfallon587@gmail.com

   g.   falloncharleston05@gmail.com

   h.   braydenlichtely@gmail.com

59.    FALLON also admitted to using fake email addresses or family email addresses for his Discord accounts. He also admitted that his brother's telephone number (A.W.'s 6843 phone number) was the only real telephone number that he ever used related to his Discord accounts.

60.    FALLON was also shown a photo of a white wall with various usernames in black graffiti written on the wall. "CARE" is one of the names on the wall. FALLON stated that these were names of people in 764.

61.    FALLON stated that after the military academy, he was still logging into Discord accounts, that he created new accounts online, that he extorted people online, that people cut themselves for him, and that he received indecent images of boys or girls who stated they were under the age of eighteen, all while FALLON himself was eighteen years old or older.

62.    FALLON was also shown a close up image of his neighbor's house (where various words and images were written on the house). It is a close-up image of the previously referenced image:



When FALLON was shown this image, he admitted that he was the one who did this to his neighbor's house. FALLON said that "SlitTown" is another extortion group.

63.     FALLON admitted that, while he was living in the Southern District of Indiana, FALLON was still online participating in similar activity. FALLON was on Discord while living in the Southern District of Indiana. FALLON admitted that he received "nudes" from females online and that they were young. He does not know their ages but believes, based off looks that they were "pretty young," under the ages of sixteen or seventeen years old. FALLON said that he would ask for the photos, and they would send them. He admitted that he threatened some of the girls with extortion as well. Prior to asking for the photos, FALLON believed some of the girls were under the age of eighteen. FALLON admitted that he has sent nude images that he received from girls or boys to others. For those nude images, FALLON knew or thought that those in the images were under the age of eighteen.

26

64.     FALLON admitted that when he extorts someone or threatens someone, he knew that it was an intimidation tactic to use against someone and that it was intimidating to extort or threaten someone.

65.     FALLON stated that he is on medication now for his mental health, but he has chosen to not take the medication regularly.

66.     FALLON admitted he used phones and his mother's laptop to access various Discord accounts. FALLON admitted he was still on Discord in 2025, and then after he got out of the military academy, he decided to get back into extortion. He created a new Discord, got back into Extortion Com, and also got back on Telegram with a fake telephone number.  FALLON acknowledged that 764 is in Extortion Com, that he was talking to people in 764, and that he is "Care."

67.     The Care-4 Account FALLON admitted to operating also contained 764 propaganda that consisted of images and videos. Below are some of those images of propaganda photos and captures of some videos of the propaganda:















68.     On July 4, 2026, I spoke with FALLON's mother, M.S. She informed me that on the evening of July 3, 2026, FALLON became upset over the fact that his razor blades were missing. FALLON obtained a pocketknife, and pulled it out in front of his brother, A.W. A.W. intervened so that this knife could not be used against FALLON or anyone else in the household.

After this, FALLON grabbed the family pet, a cat, by the back of the neck and began to choke the cat. A.W. intervened again to save the cat. M.S. called 911, and A.W. restrained FALLON until the local police department arrived at the house. FALLON was thereafter admitted to receive in-patient mental health treatment at a local hospital. He is also facing pending state charges for felony intimidation and misdemeanor animal cruelty (Lake County Case No. 45G03-2607-F5-000338) based on the incident from July 3, 2026.

69. On July 5, 2026, I spoke with FALLON's mentor and the mentor's wife with whom FALLON was living with while he was in the Southern District of Indiana. During the conversation, they disclosed that, after FALLON would get ready in the bathroom, the mirror would be steamed up. Written in the steam would be the word "CARE." Additionally, the wife received hundreds of email notifications from Discord even though she herself did not have a Discord account.

## Conclusion

70. Based on the foregoing, I believe there is probable cause for the issuance of an arrest warrant and a complaint charging Charleston FALLON with violations of 18 U.S.C. § 875(b) and (c) (Transmission of Threats in Interstate or Foreign Commerce), 18 U.S.C. § 2422(b) (Coercion and Enticement of a Minor), and 18 U.S.C. § 2251(e) (Attempted Sexual Exploitation of Children).

Further your affiant sayeth not.

*Taylor Pletz*
Taylor Pletz, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me July 27, 2026.
s/John E. Martin
Honorable John E. Martin
United States Magistrate Judge
Northern District of Indiana

31