**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, Illinois 60605

*Office of the Warden*

September 24, 2026

**The Honorable Judge John E. Martin**
United States Magistrate Judge
5400 Federal Plaza, Suite 3700
Hammond, IN 46320

| | | |
|---|---|---|
| RE: | Name: | FALLON, Charleston |
| | Cause No: | 2:26-MJ-213-JEM |
| | Reg. No.: | 82784-512 |

Dear Judge Martin,

This letter is in response to your court order dated August 25, 2026, which committed Mr. Charleston Fallon for an examination pursuant to Title 18, United States Code, § 4241. Mr. Fallon arrived at Metropolitan Correctional Center (MCC) Chicago, Illinois on September 11, 2026, and he was designated to the institution on September 16, 2026.

The statute allows our psychology staff 30 days to complete the evaluation. As such, the evaluation period will end no later than October 16, 2026, with the report anticipated to be completed by November 6, 2026, and then routed to the court.

If you should have any questions regarding the evaluation, please contact the evaluator, Dr. Jessica Mattera at (312) 322-0567, Ext. 1421 or the Chief Psychologist, Dr. David Szyhowski at (312) 322-0567, Ext. 1580. For any other questions, please contact me at (312) 322-0567, Ext. 1500.

Sincerely,

C. Kirby
Warden